**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1106**

WILLIAM SCOTT DAVIS, JR., and a minor child JFD, as next
best friend,

        Plaintiff - Appellant,

    v.

UNITED STATES OF AMERICA,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Rebecca Beach Smith,
Chief District Judge.  (4:13-cv-00062-RBS-DEM)

Submitted:  June 14, 2016        Decided:  June 28, 2016

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

William Scott Davis, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying his motion to reopen a closed Federal Tort Claims Act matter. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. United States, No. 4:13-cv-00062-RBS-DEM (E.D. Va. July 16, 2015). We deny Davis' motions to remand and for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED